**FILED: 6/9/11**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> vs. <br><br> HORACE DOTSON, et al <br><br> Defendants. | CASE NO. CV 10-3371 GHK (PJWx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised pursuant to the *Notice of Dismissal* by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown to reopen the above action **WITHIN 45 DAYS** hereof, if settlement is not consummated.

Dated: June 9, 2011

GEORGE H. KING
United States District Judge