J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Horace Dotson
Sherry Dotson
*hmd455@charter.net*
9001 North Main Street
Milan, Tennessee 38358
Telephone: (731) 613-2028

Defendants, *in pro se*

**FILED: 6/24/11**

**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Horace Dotson, Sherry Dotson, individuals and d/b/a www.CultAndClassics.com, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV10-3371 GHK (PJWx) <br><br> [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendants Horace Dotson and Sherry Dotson, individuals and d/b/a www.CultAndClassics.com (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 6/23/11

_____
Hon. George H. King
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Horace Dotson, an individual and d/b/a www.CultAndClassics.com

By: _____
    Horace Dotson, an individual and
    d/b/a www.CultAndClassics.com
Defendant, *in pro se*

Sherry Dotson, an individual and d/b/a www.CultAndClassics.com

By: _____
    Sherry Dotson, an individual and
    d/b/a www.CultAndClassics.com
Defendant, *in pro se*

# EXHIBIT A

# PLAINTIFF'S WORKS

| Title | REGISTRATION NUMBERS |
|---|---|
| 80 Steps to Jonah (1969) | R766975 |
| Abbott and Costello meet Captain Kidd (1952) | RE 73-597 |
| Above and Beyond 1952 | R43631 |
| Adv. of SUPERMAN (1952-1958) TV Series | COMPILATION<br>S. 1, Ep. 1: SUPERMAN ON EARTH: RE 20625;<br>S. 6, Ep. 11: THE BRAINY BURRO: RE279374 |
| Adventures of Huckleberry Finn 1939 | R379514 |
| Affair with a Stranger (1953) | RE 104286 |
| After Hours (1935) | R 291452 |
| Age of Consent DVD | R242097 |
| Al Capone (1959) | RE 347-611 |
| Alfred the Great | RE759719 |
| All Mine to Give (1957) | RE 244-571 |
| Anne of Green Gables 1934 | R286608 |
| Anthony Adverse (1936) | LP6465 |
| Arnelo Affair, The (1947) | R 570-212 |
| Awakening Land, The | COMPILATION<br>Pt. 1 PA17544<br>Pt. 2 PA17545<br>Pt. 3 PA17546 |
| Babe Ruth Story 1948, The | R615166 |
| Bachelor Mother   Ginger Rogers. (1939) | R393972 |
| Bad Little Angel (1939) | R 396125 |
| Bad Man, The (1941) | R432288 |
| Bad Men of Missouri | R460018 |
| Bad Seed, The 1985 TV Movie | R432288 |
| Barbarian 1933, The | R257277 |
| Barretts of Wimpole Street, The (1934) | R281164 |
| Batman (1960s) | COMPILATION<br>S. 1, Ep. 1: "Hi Diddle Riddle" RE683406; S. 2, Ep. 1: "Shoot a Crooked Arrow" RE683401; S. 3, Ep. 1: "Enter Batgirl, Exit Penguin" RE707067. |
| Battle Circus (1953) | RE 43693 |
| Beast of the City (1932) | R 230552 |
| Beast With Five Fingers (1946) | R 571691 |

| | |
|---|---|
| Between Two Women | 1937: R341280<br>1944: R519495 |
| Beyond the Forest 1949 | R647871 |
| Big Circus, The 1959 | RE347614 |
| Big City Blues 1932 | R242624 |
| Big Shot, The (1942) | R474639 |
| Black Fury (1935) | R 294791 |
| Black Hand, The (1950) | R 653591 |
| Blackmail (1939) | R 392863 |
| Blood on the Moon (1948) | R627222 |
| Blue Knight, The (1973) | RE 851551 |
| Blue Knight, The (1975) | COMPILATION<br>S. 1, Ep.1: "Two to Make Deadly" RE903283;<br>S. 2, Ep. 10: "Death Echo" RE903285 |
| Bluebeard's Ten Honeymoons | RE391713 |
| Bombardier (1943) | R486272 |
| Bombshell (1933) | R 264160 |
| Born to Be Bad (1950) | RE 5-324 |
| Born to Kill (1947) | R575635 |
| Bright Leaf (1950) | R671969 |
| Bright Road 1953 | RE77525 |
| Brighton Strangler, The (1945) | R529253 |
| Burning Hills, The | RE210269 |
| Bye Bye Braverman | RE703859 |
| Cabin In the Sky (1943) | R479072 |
| Caged (1950) | R666337 |
| Canterville Ghost, The | R506846 |
| Captain Nemo and the Underwater City | RE759720 |
| Captain Sinbad (1963) | RE543416 |
| Carbine Williams (1952) | RE 43-675 |
| Carbine Williams 1952 James Stewart | RE43675 |
| Case of the Black Cat (1936) | R 333681 |
| Case of the Curious Bride (1935) | R 294790 |
| Case of the Howling Dog (1934) | R 286403 |
| Case of the Lucky Legs (1935) | R 304094 |
| Case of the Velvet Claws (1936) | R 320087 |
| Cass Timberlane (1947) | R591703 |
| Cast a Dark Shadow | PA1133464 |
| Castle on the Hudson (1940) | R 428500 |
| Castle on the Hudson (1977) | R428500 |
| Christmas in Connecticut | R539214 |

| | | |
|---|---|---|
| 1 | Church Mouse (1934) | R 286417 |
| 2 | Coast of Skeletons 1964 Richard Todd | PA1338992 |
| 3 | Code of the Secret (1939) | R 408952 |
| 4 | Command, The 1954 | RE163882 |
| 5 | Comrade X (1940) | R 424633 |
| 6 | Conflict (1945) | R538967 |
| 7 | Convicts 4  1962 | RE508875 |
| 8 | Corky 1972 Robert Blake | RE830207 |
| 9 | Cornered 1945 Dick Powell | R545419 |
| 10 | Count the Hours 1953 | RE104284 |
| 11 | Crescendo 1970 Stephanie Powers. | RE767263 |
| 12 | Crest of the Wave    (1954) | RE116757 |
| 13 | Crossroads (1942) | R545419 |
| 14 | Dallas  1950 | RE4541 |
| 15 | Dangerous Mission 1954 | RE148081 |
| 16 | Dangerous Partners (1945) | R533876 |
| 17 | Dangerous Profession, A | R648103 |
| 18 | Dangerously They live (1942) | R474620 |
| 19 | Daring Doberman's, The | PA47240 |
| 20 | Daughters Courageous (1939) | R410593 |
| 21 | Day of the Evil Gun (1968) | RE 731524 |
| 22 | Days of Glory (1944) | R 506040 |
| 23 | Deadly Tower, The (1975) | RE882057 |
| 24 | Dear Heart | RE586376 |
| 25 | Death in California, A (1985) | PA 265817 |
| 26 | Deception (1946) | R562332 |
| 27 | Deep Valley (1947) | R585006 |
| 28 | Desert Song (1953) | RE 50823 |
| 29 | Desire Me (1947) | R 583370 |
| 30 | Devil Thumbs a Ride, The (1947) | R575632 |
| 31 | Devil's Doorway (1950) | R 661657 |
| 32 | Diane (1955) | RE 151-741 |
| 33 | Divorcee, The (1930) | R197584 |
| 34 | Doberman Gang, The (1972) | RE842774 |
| 35 | Doc Savage:  The Man of Bronze (1975) | RE 882-805 |
| 36 | Doctor X (1932) | R 239927 |
| 37 | Doctor You've Got to be Kidding (1967) | RE621443 |
| 38 | Don't Make Waves. | RE704366 |
| 39 | Double Confession/ White Cargo | R468645 |
| 40 | Doughgirls, The (1944) | R 533123 |
| 41 | Dr  Crippen | RE484442 |

| Title | Registration |
|---|---|
| Dr. Ehrlich's Magic Bullet (1940) | R 428502 |
| East of the River | R448119 |
| Easy Living | R646634 |
| Eddie Cantor Story, The (1953) | RE82039 |
| Edge of the City (1957) | RE 189-393 |
| Enchanted Cottage, The(1945) | R529248 |
| Escape 1940 Drama | R421563 |
| Escape from East Berlin (1962) | RE489844 |
| Experiment Perilous | R522303 |
| Fallen Sparrow, The (1943) | R493276 |
| Fastest Gun Alive 1956, The | RE189378 |
| Fighter Squadron 1948 | R619709 |
| Finger Points, The | R215568 |
| First Traveling Saleslady | RE222928 |
| Five Star Final (1931) | R 221914 |
| Flaxy Martin (1949) | R 629496 |
| Fools for Scandal (1938) | R 359667 |
| Fort Dobbs (1958) | RE288105 |
| Fox, The (1968) | RE703915 |
| Friendly Persuasion (1956) | RE210170 |
| Gathering, The | 1977: Pt. 1-PA277927<br>1979: Pt. 2-PA277928 |
| Gathering, The (1977) | RE 921-779 |
| Gay Sisters, The (1942) | R474645 |
| Giant (1956) | RE221536 |
| Girl From Jones Beach, The (1949) | R638351 |
| Girl Rush (1944) | R 522300 |
| Girls of Huntington House, The ( 1973) | PA84957 |
| Girls on Probation (1938) | R 380521 |
| Glass Slipper, The (1955) | RE116764 |
| Glory Alley (1952) | RE43672 |
| Going Hollywood (1933) | R268124 |
| Grand Central Murder (1942) | R 460949 |
| Great Day in the Morning (1956) | R 222926 |
| Great Lie, The (1941) | R 452 014 |
| Green Eyes (1977) | RE902320 |
| Guilty Hands (1931) | R 219653 |
| Happy Years, The (1950) | R 663 154 |
| Hard Way, The (1943) | R498968 |
| Haywire (1980) | Pt 1: PA104869;<br>Pt 2: PA104868 |

| Heavenly Days (1944) | R513133 |
|---|---|
| Hell's Highway (1932) | R250807 |
| Her Highness and the Bellboy (1945) | R 532018 |
| Here Comes the Navy (1934) | R 452009 |
| Hoaxters, The (1952) | RE43636 |
| Hold Your Man (1933) | R 258805 |
| Hollywood Hotel (1937) | R359663 |
| Honolulu | R379511 |
| Horn Blows at Midnight (1945) | R 538964 |
| Hot Rods to Hell | RE621441 |
| How the West was Won | RE489853 |
| Hysteria (1965) | RE 588133 |
| I take this Woman (1940)/HM Pulliam Esquire (1941) | R402775 |
| Imitation General (1958) | RE279853 |
| Impossible Years, The (1968) | RE 731 533 |
| Inside Daisy Clover (1965) | R552901 |
| Interrupted Melody (1955) | RE151754 |
| Invisible Stripes (1939) | R423747 |
| Irish In Us, The (1935) | R304087 |
| Iron Mistress, The (1952) | RE50815 |
| It all came True (1940) | R428508 |
| It Had to be You | 9 episodes, all registered. Pilot ep.: PA722812; final ep.: "Just Hold:" PAu1986397 |
| It's A Date | R407778 |
| It's Love I'm After (1937) | R359647 |
| Jack the Ripper | PA403958 |
| Janie | R524612 |
| Janie Gets Married | R555067 |
| Jigsaw (1962) | R457489 |
| Joy in the Morning (1965) | RE 584419 |
| June Bride (1948) | R619708 |
| Key to the City | R653083 |
| Killer McCoy | R588392 |
| Kind Lady (1951) | RE 10047 |
| Kings Row | R474631 |
| Knute Rockne | R436894 |
| Lace 1 | PA214248 |
| Lace 2 | PA252136 |
| Lady Without a Passport (1950) | R 667096 |
| Last Challenge, The (1967) | RE704365 |

| | |
|---|---|
| Last Days of Pompei, The | R316914 |
| Last Hunt, The (1956) | RE 151751 |
| Laughing Sinners (1931) | R215858 |
| Locket, The (1946) | R570313 |
| Lois and Clark: The New Adventures of Superman | COMPILATION<br>Pilot ep. (Parts 1, 2): PA758057;<br>S. 2, Ep. 1: "Madame Ex:" PA775237<br>S. 3, Ep. 1: "We Have a Lot to Talk About:" PA819242<br>S. 4, Ep. 1: "Lord of the Flys:" PA854414 |
| Long Gone | Pau 1033833 |
| Long Long Trailer, The (1954) | RE116742 |
| Love Crazy (1941) | R435824 |
| Mad Miss Manton, The (1938) | R373953 |
| Madame X (1929) | R189160 |
| Made in Paris | RE630125 |
| Mail Order Bride (1964) | RE537337 |
| Maisie (1939) | R 387245 |
| Maisie Gets Her Man (1942) | R462538 |
| Maisie Goes to Reno (1944) | R509581 |
| Maisie Was a Lady (1940) | R428243 |
| Man From Atlantis (1977) | COMPILATION<br>Pilot ep.: PA1-207-838;<br>S. 1, ep. 17: DEADLY CARNIVAL: PA 1-207-848 |
| Man in the Brown Suit, The (1989) | PA405181 |
| Man Who Came to Dinner, The (1942) | R474618 |
| Man Who Loved Cat Dancing, The (1973) | RE848695 |
| Man with a Cloak, The (1951) | RE10236 |
| Many Rivers to Cross | RE151764 |
| Marlowe | RE759716 |
| Mask of Dimitrios, The (1944) | R524609 |
| Mating Game, The (1959) | RE340286 |
| Merrill's Marauders (1962) | RE484433 |
| Merry Andrew | RE234943 |
| Merry Widow, The (1925) | R115459 |
| Miracle 1959, The | RE342422 |
| Miracle in the Rain (1956) | RE164527 |
| Miracle, The | RE342422 |
| Miracle, The (1959) | RE342422 |
| Montana | R650851 |

| | | |
|---|---|---|
| 1 | Mortal Storm, The | R412107 |
| 2 | Mountain Justice (1937) | R333679 |
| 3 | Mr Lucky/ Ladies Should Listen | R486267 |
| 4 | Murder on a Honeymoon (1935) | R297486 |
| 5 | Murder on the Blackboard (1934) | R281533 |
| 6 | My Brother Talks to Horses (1947) | R 561 504 |
| 7 | My Reputation (1946) | R545560 |
| 8 | My Wild Irish Rose (1947) | R595447 |
| 9 | Napolean and Josephine | PA380893 |
| 10 | Night of the Lepus (1972) | RE 829-267 |
| 11 | No Time for Sergeants (1958) | RE 253-387 |
| 12 | Of Human Hearts (1938) | R356574 |
| 13 | Oklahoma Kid, The (1939) | R 406262 |
| 14 | One on One (1977) | RE918031 |
| 15 | Onionhead (1959) | RE 288109 |
| 16 | Our Mother's House (1967) | RE704371 |
| 17 | Out of the Fog | R460015 |
| 18 | Paid (1930) | R207788 |
| 19 | Parnell (1937) | R338639 |
| 20 | Parrish   Troy Donahue (1961) | RE 381 051 |
| 21 | People Against O'hara, The (1951) | RE10228 |
| 22 | Perfect Specimen, The (1937) | R359646 |
| 23 | Phoenix City Story (1955) | RE163421 |
| 24 | Picture of Dorian Gray, The (1945) | R524740 |
| 25 | Pillow to Post (1945) | R538966 |
| 26 | Plot to Kill Hitler, The | PA542070 |
| 27 | Plymouth Adventure (1952) | RE 43629 |
| 28 | Pretty Maids All In A Row (1971) | RE 811078 |
| | Primrose Path (1940) | R412542 |
| | Princess O'Rourke | R498977 |
| | PT 109 | RE528583 |
| | Purchase Price, The | R240864 |
| | Purple Gang, The (1959) | RE347610 |
| | Purple Hearts | PA213310 |
| | Rachel and the Stranger (1948) | R627227 |
| | Rafter Romance/ Professional Sweetheart | R267280 |
| | Rage in Heaven (1941) | R430335 |
| | Rebecca/Suspicion | R457478 |
| | Red Dust (1932) | R246164 |
| | Reformer and the Redhead, The (1950) | R 656957 |
| | Return of the Badmen (1948) | R609092 |

| | |
|---|---|
| Romance of Rosy Ridge, The (1947) | R 577228 |
| Romance on the High Seas (1948) | R609169 |
| Rome Adventure (1962) | RE 484 434 |
| Room For One More (1952) | RE12215 |
| Roughly Speaking (1945) | R538960 |
| Run of the Arrow (1957) | RE244567 |
| Santiago (1956) | RE210266 |
| Secret Heart, The (1946) | R 565237 |
| Secret Six, The (1931) | R 213542 |
| Sergeant York (1941) | R460028 |
| Sergeant, The (1968) | RE730355 |
| Seven Days Leave | R480067 |
| Seven Sweethearts (1942) | R467145 |
| Seventh Sin, The | RE234926 |
| Shadow on the Wall (1950) | R646601 |
| She Went to the Races (1945) | R537509 |
| Sheepman, The (1958) | RE279851 |
| Shine on Harvest moon (1944) | R 521 030 |
| Shining Victory (1941) | R460014 |
| Side Street (1950)/ Shadow on the Wall (1950) | R650456 |
| Silver River (1948) | R 607177 |
| Sins of Dorian Gray, The | PA844992 |
| Sisters (1938)/ Joe Smith American, The (1942) | R 380522 |
| Skyjacked 1972 Charlton Heston | RE829266 |
| Slight Case Of Larceny, A (1953) | RE77530 |
| So Well Remembered (1947) | R605231 |
| Someone's Watching Me (1978) | PA 36-465 |
| Son of Sinbad (1955) | RE 183022 |
| Split Second (1953) | RE104285 |
| Sporting Blood (1931) | R 219710 |
| Stablemates (1938) | R369480 |
| Stallion Road (1947) | R576592 |
| Stars in My Crown (1950) | R 653 592 |
| Storm Warning (1951) | R681309 |
| Strangers May Kiss | R212007 |
| Successful Calamity, A (1932) | R242629 |

| | |
|---|---|
| Sugarfoot (35 DVDs Complete 69 eps) (1957-61) | COMPILATION<br>S. 1, Ep. 1: BRANNIGAN'S BOOTS: RE 254513;<br>S. 4, Ep. 9: TROUBLE AT SAN SPRINGS: RE374222 |
| Summer Place, A 1959 | RE342423 |
| Sunday in New York (1963) | RE 543418 |
| Susan Slade (1961) | RE 434 240 |
| Susan Slade (1961) | RE 434 240 |
| Susan Slept Here (1954) | RE148079 |
| Suspicion/Rebecca | R457478 |
| Swing Your Lady (1938) | R359654 |
| Sybil (1976) | RE 902-324 |
| Tarzan and the Amazons (1945) | R530952 |
| Tarzan and the She Devil (1953) | RE82-031 |
| Tarzan Triumphs (1943) | R498517 |
| Tarzan's Desert Mystery (1943) | R516498 |
| Tenderfoot 1932, The | R238215 |
| Tension (1949) | R646600 |
| That Hagen Girl (1947) | R592812 |
| Black Widow Murders, The: The Blanche T. Moore story. (1993) | PA 676-184 |
| Golden moment, The: an Olympic love story (1980) | PA 124000 |
| Life of Jimmy Dolan, The (1933) | R258572 |
| These Wilder Years (1956) | RE189382 |
| They Drive by Night 1938 | R435878 |
| They Live by Night (1949) | R632498 |
| They Only Kill their Masters 1972 James Garner. | RE829270 |
| Three Cheers for the Irish 1940 | R428504 |
| Three Daring Daughters | R596216 |
| Three Wise Fools | R 553495 |
| Thunder of Drums, A | RE442636 |
| Til We Meet Again (1940) | R432332 |
| Till the End of Time (1946) | R 560800 |
| TORPEDO RUN (1958) | RE279856 |
| Tovarich (1937) | R359660 |
| Traveling Executioner, The (1970) | RE782036 |
| Travels With My Aunt (1972) | RE 829271 |
| Trog (1970) | R 765-235 |
| Tunnel of Love (1958) | RE279855 |

| Title | Registration |
|---|---|
| Tuttles of Tahiti (1942) | R457487 |
| Two Mrs Carrolls, The (1947) Humphery Bogart | R578352 |
| Two Mrs. Grenvilles, The | PA329382 |
| Two on a Guillotine (1965) | RE 643-139 |
| Undercover Maisie (1947) | R 571439 |
| Union Depot (1932) | R235205 |
| Unsuspected, The (1947) | R590796 |
| Until They Sail (1957) | RE 234938 |
| Valley Of Decision (1945) | R528389 |
| Velvet Touch, The (1948) | R 627223 |
| Vivacious Lady (1938) | R 369581 |
| Watch on the Rhine | R498972 |
| Westward the Women (1951) | RE 10247 |
| White Cliffs of Dover (1944) | R505583 |
| White Sister, The (1933) | R254845 |
| Window, The (1949) | R637957 |
| Woman on Pier 13 (1950) | R646636 |
| Woman Wanted 1935 | R299553 |
| Yank At Eton, A (1942) | R 467146 |
| Yellow Rolls Royce, The (1965) | RE 584 422 |
| Yellowstone Kelly (1959) | RE 342 420 |
| You'll Find Out 1940 | R435613 |
| Young Cassidy (1965) | RE633799 |
| Young Tom Edison (1940) | R407776 |
| Your Cheatin Heart (1964) | RE 588129 |
| Zuma Beach (1978) | PA36464 |